*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



## MEMORANDUM OPINION

No. 04-11-00657-CV

**GTMF CAR COMPANY, INC.** d/b/a U.S. Car Company,
Appellant

v.

Lorena **RODRIGUEZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 368922
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:  October 19, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM